IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DONALD TOMMY SHARP,

    Plaintiff,

v.                                        No. 21-cv-0712 JB-JHR

CITY OF EDGEWOOD, *et al*,

    Defendants.

## ORDER TO CURE DEFICIENCY

This matter is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 5). The Court cannot rule on the Motion and collect Plaintiff's initial payment because he did not include a six-month inmate account statement, as required by 28 U.S.C. § 1915(b)(1). Within thirty (30) days of entry of this Order, Plaintiff shall submit an inmate account statement reflecting transactions between January 30, 2021 and July 30, 2021. If Plaintiff has not been detained for that long, he should submit a statement reflecting transactions between the date of his arrest/initial detention and July 30, 2021. All filings must include this case number (21-cv-0712 JB-JHR). The Court will not search other dockets associated with Plaintiff to recover filings meant for this case. If Plaintiff fails to timely comply, or if he files anything other the required statement, the Court will dismiss this action without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall file a certified inmate account statement as set forth above.

_____
UNITED STATES MAGISTRATE JUDGE